UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LEO RODNEY STROMER, | Civil No. 3:10-cv-05939-KLS |
| Plaintiff, | |
| v. | ORDER OF REMAND AND JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will consider whether the evidence is sufficient to issue a favorable decision by the Appeals Council.

If the Appeals Council determines that the evidence is not sufficient to issue a favorable decision, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for further consideration and development of the record and a new decision. On remand, the ALJ will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) evaluate all medical source opinions, including those of Alex Ziga, M.D.; Margaret Miller, M.D.; and Kent Caruso, Ph.D.; (2) reevaluate Plaintiff's impairments, including his mental impairments, and

assess whether they meet or equal a listing; (3) evaluate lay witness statements, including those of Tonya Lynn Kutz and Linda Gee; (4) reevaluate Plaintiff's credibility and reassess his residual functional capacity; and (5) continue with the sequential evaluation process, obtaining supplemental vocational expert testimony if warranted by the expanded record, and, if applicable, assessing the materiality of drug abuse or alcoholism.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 1st day of August, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS, WSB# 40807
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-3858
Fax: (206)615-2531
lisa.goldoftas@ssa.gov