THE HONORABLE KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEO RODNEY STROMER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>        Defendant. | NO. C10-05939-KLS<br><br>ORDER RE AWARD OF EAJA<br>ATTORNEY'S FEES AND COSTS |

## ORDER

Based upon the stipulation of the parties, it is hereby

Ordered, that the plaintiff shall have a judgement against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $3,588.73 for attorney's fees, $172.50 for paralegal fees, and costs in the sum of $17.80 for service of the summons and complaint in this matter, for a total award of $3,779.03. It is further

Ordered, that EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, __ U.S. __ (2010).

Dated this 29th day of August, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

ORDER RE AWARD OF EAJA
ATTORNEY'S FEES AND COSTS - 1

Presented by:                                    Approved for entry:


/s/ Charles W. Talbot                            Approved by email on August 26, 2011
Charles W. Talbot, WSBA #7448                    Lisa Goldoftas  WSBA # 40807
Attorney for Plaintiff                           Attorney for Defendant

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

ORDER RE AWARD OF EAJA
ATTORNEY'S FEES AND COSTS - 2